**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHERYL A. BOYET,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO.  03-758-PMF |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came before the Court for judicial review of the Commissioner's final decision denying Plaintiff's applications for disability benefits and supplemental security income. The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of Defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against Plaintiff Cheryl A. Boyet.

**DATED:** September 29, 2005                                                    NORBERT G. JAWORSKI, CLERK


                                                                                                     By: **s/Karen R. Metheney**
                                                                                                            **Deputy Clerk**


**APPROVED:**

*s/ Philip M. Frazier*
**UNITED STATES MAGISTRATE JUDGE**